# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-1110

_____

Lateshia Patillo

*Plaintiff - Appellant*

v.

Sysco Foods of Arkansas LLC

*Defendant - Appellee*

------------------------------

Equal Employment Opportunity Commission

*Amicus on Behalf of Appellant*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: November 16, 2017
Filed: December 6, 2017
[Unpublished]

_____

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Lateshia Patillo appeals the district court's order dismissing her employment-discrimination action, for failure to exhaust administrative remedies. Upon de novo review, see Blakley v. Schlumberger Tech. Corp., 648 F.3d 921, 931 (8th Cir. 2011), we vacate the dismissal order and remand the case to the district court. The court is instructed to reconsider the issues in this case, including whether an intake questionnaire Patillo filed with the Equal Employment Opportunity Commission constituted a valid administrative charge of discrimination, in light of Supreme Court precedent including Fed. Express Corp. v. Holowecki, 552 U.S. 389 (2008), and Edelman v. Lynchburg Coll., 535 U.S. 106 (2002).

_____